THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN WANEK,

    Plaintiff,                                    CASE NO.

v.

VALENTINE & KEBARTAS INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, ALAN WANEK ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, VALENTINE & KEBARTAS INC., alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the City of Crete, County of Saline, State of Nebraska.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Bradenton, County of Manatee, State of Florida.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff at Plaintiff's home number.

13. Defendant calls from 978-332-5480.  (See photo of caller id screen attached as Exhibit A.)

14. Defendant calls Plaintiff and hangs up before Plaintiff picks up the phone or before voicemail answers the phone.  (See phone recordings evidencing hang ups attached as Exhibit B.)

15. Defendant calls but does not leave voice mail messages therefore Defendant failed to disclose that the call was from a debt collector.  (See Exhibit B.)

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.**

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   a. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff;

   b. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity by calling Plaintiff and hanging up the phone;

   c. Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement every time Defendant called Plaintiff and hangs up without leaving a message;

   d. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

17. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, and humiliation. *See* Exhibit C.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

18. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

19. Actual damages.

20. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

21. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

22. Any other relief that this court deems to be just and proper.

                              RESPECTFULLY SUBMITTED,

                        By:  /s/ Matthew Kiverts_____
                            Matthew Kiverts
                            Krohn & Moss, Ltd
                            120 W Madison St, 10th Floor
                            Chicago, IL 60602
                            Phone:  (312) 578-9428
                            Fax:    (866) 431-5576
                            Attorney for Plaintiff
                            FBN: 13143

## **DEMAND FOR JURY TRIAL**

     PLEASE TAKE NOTICE that Plaintiff, ALAN WANEK, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF NEBRASKA)

Plaintiff, ALAN WANEK, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALAN WANEK, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/27/09

ALAN WANEK,
Plaintiff

VERIFIED COMPLAINT                                                                                          5

# **EXHIBIT A**



# EXHIBIT B

Hi Ann, these messages I can confirm positively are the Fort Lauderdale, Florida number which is the Valentine & Kebartas.  I am not finding a message that identifies from them.  I am sure there are some where they do not say that they are, but these by phone number, telephone log, caller ID are definitely them and they seem to just constantly hang up and they call a lot and hang up.   So here is an example of one of those coming up here.

I will just give you all that again since it was so short.

Here is another hang up…

# **EXHIBIT C**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — YES / **NO**
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — YES / **NO**
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — **YES** / NO
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:

This company seems more interested in harassment than in actually making contact to discuss business of any kind. The amount of phone calls they make is astronomical. The frustration for my family members of rushing to answer the phone only to hear the sound of a hang-up and dial tone is incomprehensible. This is wasteful of everyone's time and resources and should not be allowed. It has caused my family and me great stress to play this cat and mouse game, being pointlessly interrupted for no reason when we're involved with other busy, stressful issues in our lives.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/27/09

_____
Signed Name

Alan R. Wanek
Printed Name