UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN WANEK,

        Plaintiff,

v.                                      CASE NO: 8:09-cv-1834-T-27TGW

VALENTINE & KEBARTAS, INC.,

        Defendant.
_____/

## ORDER

The Court has been advised by Plaintiff that the above-styled action has been settled (Dkt. 7). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in chambers on this 23rd day of December, 2009.

                                                                JAMES D. WHITTEMORE
                                                                United States District Judge

Copies to:
Counsel of Record