UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALAN WANEK,

        Plaintiff,

vs.                                      Case No. 8:09-CV-1834-T-27TGW

VALENTINE & KEBARTAS, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal (Dkt. 9). In accordance with the Notice, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE** and the Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in chambers this 26th day of January, 2010.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record